UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 25, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS CISNEROS-SANCHEZ<br><br>　　　　　Defendant. | Case No. 2:22-cr-00046-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS CISNEROS-SANCHEZ</u> Case No. <u>2:22-cr-00046-WBS</u> Charges <u>18 USC § 1955(a)</u> from custody for the following reasons:

　　　<u>　X　</u>　Release on Personal Recognizance

　　　<u>　　　</u>　Bail Posted in the Sum of $ <u>　　　　　　　</u>

　　　　　　<u>　　　</u>　Unsecured Appearance Bond $ <u>　　　　　　</u>

　　　　　　<u>　　　</u>　Appearance Bond with 10% Deposit

　　　　　　<u>　　　</u>　Appearance Bond with Surety

　　　　　　<u>　　　</u>　Corporate Surety Bail Bond

　　　　　　<u>　　　</u>　(Other):

Issued at Sacramento, California on February 25, 2025 at 2:00 PM

　　　　　　　　　　　　　　　By: *Chi Soo Kim*
　　　　　　　　　　　　　　　　　　Magistrate Judge Chi Soo Kim