**ERIN J. RADEKIN, SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
**JESUS CISNEROS-SANCHEZ**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**JESUS CISNEROS-SANCHEZ,**<br>Defendant. | CASE NO. 2:22-CR-00046-WBS-5<br><br>**STIPULATION AND ORDER VACATING SCHEDULE OF DISCLOSURE AND SENTENCING AND SETTING STATUS CONFERENCE** |

Plaintiff United States of America, by and through Assistant United States Attorney Roger Yang, and Defendant Jesus Cisneros-Sanchez, by and through his counsel, Erin J. Radekin, hereby stipulate and respectfully request as follows:

1. On August 24, 2026, Defendant entered a guilty plea to Count One of the Superseding Indictment. The Court accepted the plea and set sentencing for December 7, 2026, at 10:00 a.m. ECF No. 263.

2. On August 24, 2026, the Court issued a Schedule of Disclosure for the Presentence Investigation Report ("PSR"), establishing deadlines in advance of the December 7, 2026 sentencing. ECF No. 264.

3. On September 10, 2026, the Court substituted Erin J. Radekin as retained counsel for Defendant in place of his former counsel, Nicholas F. Reyes. ECF Nos. 265, 266.

4. New counsel was retained to evaluate issues concerning Defendant's guilty plea and its immigration consequences. In connection with the plea proceedings, Defendant learned that the offense to which he pleaded guilty constitutes an aggravated felony for immigration purposes, placing him at risk of removal from the United States and loss of his lawful permanent resident status.

5. Defendant intends to file a motion to withdraw his guilty plea based upon the immigration consequences of the plea. New counsel has ordered the transcript of the August 24, 2026 change-of-plea hearing and requires the transcript to complete her review and prepare the anticipated motion. The transcript request was filed on September 10, 2026. ECF No. 267.

6. United States Probation Officer Julie Besabe has been informed that Defendant anticipates filing a motion to withdraw his guilty plea. In light of the anticipated motion, Probation has asked counsel to obtain an order addressing the existing Schedule of Disclosure so that Probation is not required to proceed under the current presentence investigation and disclosure deadlines while the anticipated motion is pending.

7. Under these circumstances, the parties agree that proceeding with preparation and disclosure of the PSR under the existing schedule would be premature and potentially unnecessary. The parties therefore agree that the Schedule of Disclosure should be vacated pending further order of the Court.

8. Accordingly, the parties stipulate and respectfully request that the Court:

a. Vacate the Schedule of Disclosure filed August 24, 2026 (ECF No. 264), including all deadlines contained therein;

b. Vacate the sentencing presently scheduled for December 7, 2026, at 10:00 a.m.; and

c. Retain December 7, 2026, at 10:00 a.m. on the Court's calendar and convert that hearing to a status conference, at which time the parties may address the status of Defendant's anticipated motion to withdraw his guilty plea and further scheduling.

IT IS SO STIPULATED.

Dated: October 1, 2026

ERIC GRANT
United States Attorney

By: /s/ Roger Yang
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: October 1, 2026

LAW OFFICE OF ERIN J. RADEKIN

By: /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
JESUS CISNEROS-SANCHEZ

**ORDER**

GOOD CAUSE APPEARING, based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Schedule of Disclosure filed August 24, 2026 (ECF No. 264), including all deadlines contained therein, is VACATED;

2. The sentencing of Defendant Jesus Cisneros-Sanchez presently set for December 7, 2026, at 10:00 a.m. is VACATED; and

3. A STATUS CONFERENCE is set for December 7, 2026, at 10:00 a.m. in Courtroom 5 before Senior United States District Judge William B. Shubb.

IT IS SO ORDERED.

Dated: October 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE